IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02326-WDM-CBS

ALEXANDER RIST, derivatively on behalf of Startek, Inc.,

    Plaintiff,

v.

A. EMMET STEPHENSON, JR., et al.,

    Defendants.

_____

## ORDER OF RECUSAL
_____

Pursuant to 28 U.S.C. § 455 the undersigned recuses himself for service in the above captioned matter because of his prior relationship with defendant Hank Brown and directs that this case be returned to the Clerk for reassignment by random draw.

DATED at Denver, Colorado, on November 17, 2005.

                                        BY THE COURT:

                                        /s/ Walker D. Miller
                                        United States District Judge

PDF FINAL