UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02326-PSF-CBS

ALEXANDER RIST, derivatively on behalf of STARTEK, INC.,

    Plaintiff,

v.

A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
PAMELA S. OLIVER,
TONI E. STEPHENSON,
ED ZSCHAU,
HANK BROWN,
MICHAEL S. SHANNON,
KAY NORTON,
ALBERT C. YATES, and
LAWRENCE ZINGALE,

    Defendants,

- and -

STARTEK, INC., a Delaware corporation,

    Nominal Defendant.

---

Civil Action No. 05-cv-02600-REB-PAC

GEORGE STRASSNER, derivatively on behalf of STARTEK, INC.,

    Plaintiff,

v.

A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,
MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
PAMELA S. OLIVER,
TONI E. STEPHENSON,
ED ZSCHAU,
HANK BROWN,
MICHAEL S. SHANNON,
KAY NORTON,
ALBERT C. YATES, and
LAWRENCE ZINGALE

Defendants,

- and -

STARTEK, INC., a Delaware corporation,

    Nominal Defendant.

## ORDER TO CONSOLIDATE CASES

The Court, having considered the parties' Joint Motion to Consolidate Cases (Dkt. # 7), hereby ORDERS as follows:

1. Defendants need not respond to the individual complaints that have already been filed in this Court.

2. The following actions are related and should be consolidated for all purposes, including pre-trial proceedings and trial:

| Abbreviated Case Name | Case Number | Date Filed |
|---|---|---|
| *Rist v. Stephenson, et al.* | 05-cv-02326-PSF-CBS | November 16, 2005 |
| *Strassner v. Stephenson, et al.* | 05-cv-02600-REB-PAC | December 22, 2005 |

3. Every pleading filed in these consolidated actions, or in any separate action included herein, shall bear the following caption:

IN THE UNITED STATES DISTRICT COURT<br>
FOR THE DISTRICT OF COLORADO<br>
Judge Phillip S. Figa

Civil Action No. 05-cv-02326-PSF-CBS
(Consolidated with 05-cv-2600)

ALEXANDER RIST, derivatively on behalf of STARTEK, INC.,

    Plaintiff,

v.

A. EMMET STEPHENSON, JR.,
WILLIAM E. MEADE, JR.,

MICHAEL W. MORGAN,
EUGENE L. MCKENZIE, JR.,
PAMELA S. OLIVER,
TONI E. STEPHENSON,
ED ZSCHAU,
HANK BROWN,
MICHAEL S. SHANNON,
KAY NORTON,
ALBERT C. YATES, and
LAWRENCE ZINGALE,

      Defendants,

- and -

STARTEK, INC., a Delaware corporation,

      Nominal Defendant.

    4.    All future docket entries shall be made in the lead case, 05-cv-02326-PSF-CBS.

    5.    Plaintiffs shall file a Consolidated Derivative Complaint ("Complaint") no later than 20 days from the date of entry of this order, unless otherwise agreed between the parties and approved by the Court, which shall be deemed the operative complaint, superceding all complaints filed in any of the actions consolidated hereunder. Defendants shall have 20 days after the filing and service of the Complaint to file an answer or other responsive pleading. In the event that defendants file and serve any motions directed at the Complaint, plaintiffs shall file and serve their opposition within 20 days after the service of defendants' motion. If defendants file and serve a reply to plaintiffs' opposition, they will do so within 14 days after plaintiffs' service of the opposition.

    6.    The Co-Lead Counsel for plaintiffs for the conduct of these consolidated actions is:

> ROBBINS UMEDA & FINK, LLP
> BRIAN J. ROBBINS
> MARC M. UMEDA
> 610 West Ash Street, Suite 1800

San Diego, CA 92101
Telephone: 619-525-3990
Facsimile: 619-525-3991

THE LAW OFFICES OF F. JAMES DONNELLY
F. JAMES DONNELLY
6076 South Chester Way
Greenwood Village, CO 80111
Telephone: 720-493-9814
Facsimile: 720-493-9815

7. Plaintiffs' Co-Lead Counsel shall have authority to speak for plaintiffs in matters regarding pre-trial procedure, trial and settlement negotiations and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

8. Plaintiffs' Co-Lead Counsel shall be responsible for coordinating all activities and appearances on behalf of plaintiffs and for the dissemination of notices and orders of this Court.  No motion, request for discovery, or other pre-trial or trial proceedings shall be initiated or filed by any plaintiffs except through plaintiffs' Co-Lead Counsel.

9. Defendants' counsel may rely upon all agreements made with any of plaintiffs' Co-Lead Counsel, or other duly authorized representative of plaintiffs' Co-Lead Counsel, and such agreements shall be binding on plaintiffs.  This order shall apply to each case arising out of the same or substantially the same transactions or events as these cases, which is subsequently filed in, removed to or transferred to this Court.

DATED: March 9, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge